# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

MOTLEY CREW, LLC, A LAW FIRM,    : No. 102 MM 2014
JOSEPH R. REISINGER ESQUIRE, LLC, :
AND JOSEPH R. REISINGER ESQUIRE, :
                         :
          Petitioners       :
                         :
                         :
         v.             :
                         :
                         :
BONNER CHEVROLET CO. INC., PAUL :
R. MANCIA, RICHARD F. CROSSIN, :
JOHN J. GILL, JR., GENERAL MOTORS :
COMPANY, THOMAS N. CROSSIN, :
JOSEPH CROSSIN, AND JAMES E. :
MILLER, :
                         :
          Respondents    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of August, 2014, the Application for Extraordinary Relief and the Application for Leave to Amend are **DENIED**.